NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PHILLIP E. ELLIS and LINDA L. ELLIS,  )
                                      )
            Appellants,               )
                                      )
v.                                    )     Case No. 2D17-2299
                                      )
U.S. BANK TRUST, N.A., as Trustee     )
For the LSF8 Master Participation     )
Trust,                                )
                                      )
            Appellee.                 )
_____)

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas M. Gallen, Senior Judge.

Jason P. Ramos of Law Offices of Jason P.
Ramos PLLC, Sarasota, for Appellants.

Jonathan L. Blackmore and William S.
Isenberg of Phelan Hallinan Diamond &
Jones, PLLC, Ft. Lauderdale, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SALARIO, and ATKINSON, JJ., Concur.